# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD HAGANS, </br></br> Plaintiff, </br></br> v. </br></br> THE BOARD OF EDUCATION OF RED CLAY CONSOLIDATED SCHOOL DISTRICT, </br></br> Defendant. | C.A. No. 1:22-cv-01452-RGA </br></br> JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice, with each party bearing its own costs and fees.

| **COLLINS PRICE & WARNER** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| */s/ Raeann Warner* </br> Raeann Warner, Esq. (No. 4931) </br> 8 East 13th Street </br> Wilmington, DE 19801 </br> Telephone: (302) 665-4600 </br> Email: raeann@collinslawdelaware.com </br> *Attorney for Plaintiff* | */s/ Michael P. Stafford* </br> Michael P. Stafford, Esq. (No. 4461) </br> 1000 North King Street </br> Wilmington, DE 19808 </br> Telephone: (302) 571-6553 </br> Facsimile: (302) 576-3750 </br> Email: mstafford@ycst.com </br> *Attorney for Defendants* |

**SO ORDERED** this __8th__ day of __April__, 2024.

/s/ Richard G. Andrews
United States District Judge

26001411.2